Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Facsimile)

O. Randolph Bragg. *Pro Hac Vice*
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Facsimile)

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO R. BRACAMONTE, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, P.C.; IRWIN J. ESKANOS; DONALD R. STEBBINS; JEFF DANIEL; JEROME M. YALON, JR., individuals,<br><br>Defendants.<br>_____ / | Case No.: C 03-1821 SI<br><br>**[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ALLOWANCE AND PAYMENT OF *CY PRES* AWARD**<br><br>**Date:** December 2, 2005<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 10, 19th Floor<br>**Judge:** Honorable Susan Illston |

**[Proposed] ORDER**

Upon consideration of Plaintiff's Motion for Allowance and Payment of *Cy Pres* Award, IT IS HEREBY ORDERED:

1. That the holder of the unclaimed class funds in this case is ordered and authorized to pay said funds with interest as allowed thereon as a *cy pres* award to the Legal Aid

/ / /

/ / /

1  Society of San Mateo County located at 521 E. 5th Avenue, San Mateo, California 94402.

3  Dated: _____  _____
4                                         Susan Illston
                                       UNITED STATES DISTRICT JUDGE

[Proposed] ORDER
03-1821 SI  Bracamonte/ Order              2